FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _3:15-cv-00216 JM/JJR_

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Marvin C. Atwood
ADC # 130932  mail to this address
Address: 601 Produce St. Ave. W. Memphis, AR 72301

Name of plaintiff: _____
ADC # _____

Address: _____    This case assigned to District Judge  Moody
and to Magistrate Judge  Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Ronnie Coleman
Position: Jail Adminastrator
Place of employment: Crittenden Co. Jail
Address: 350 Afco Rd W. Memphis, AR 72301

Name of defendant: Marni Dickerson
Position: Medical - Nurse

-4-

Place of employment: Crittenden Co. Jail

Address: West Mem, AR. 350 AFCO Rd. 72301

Name of defendant: Mandi Dickerson

Position: Medical - Nurse

Place of employment: Crittenden Co. Jail

Address: W. Memphis, AR. 350 AFCO Rd 72301

Name of defendant: Mike Allen

Position: Sheriff

Place of employment: Crittenden Co. Jail

Address: W. Mem, AR. 350 AFCO Rd 72301

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

  ☐  Court (if federal court, name the district; if state court, name the county):

    _____

  ☐  Docket Number: _____

  ☐  Name of judge to whom case was assigned: _____

  ☐  Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐  Approximate date of filing lawsuit: _____

  ☐  Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  __✓__ in jail and still awaiting trial on pending criminal charges

  __✓__ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

    _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes __✓__ No _____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was incarsarated in Crittenden Co. Jail since 3-2-15 and I am 61 yrs. of age. I have double a hernia, pulled muscle in lower back. Big knot on left leg above knee, Pinched Nerve in Right hand, arthritis in Left hand. Have Tried to get medical help since date of arrest 3-2-15. My Bladder or prostate also Bad. Written several requests & several Grievances and no one has helped me. on my medical problems. and refuese to give me anything for pain or any other medical issue.

_____

Witnesses: Clint Chisem #146469   Clint Chisem

Micheal Jones #88271
432 South 7th St.
West Memphis, Ark.
78301
# 901-691-7424

-7-   Michael Jones

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for pain and suffering and mental anguash.
Want to get Nurses who will help.
Better staff for others.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of July, 20 15.

*Marcine C. Atwood*

Signature(s) of plaintiff(s)

Marvin Atwood
350 AFCO Road
West Memphis, Arkansas 72301

We are also locked down in our cell sometimes (most times) 22 hours a day. We have no way of communicating with the correctional officer or any other staff member. They are hardly ever checking on us inmates. if something happens, beating + kicking on the doors does no good, they arent back here to hear us. so I just lay + hurt + suffer.

Marvin C. Atwood
#130932