## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARVIN C. ATWOOD,
ADC #130932                                                          PLAINTIFF

V.                               3:15CV00216 JM/JTR

RONNIE COLEMAN,
Jail Administrator,
Crittenden County Jail, et al.                                       DEFENDANTS

## ORDER

Plaintiff, Marvin C. Atwood, is a prisoner in the Crittenden County Jail.  He

has filed a *pro se* § 1983 Complaint alleging that Defendants violated his

constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner

complaints seeking relief against a governmental entity, officer, or employee.  28

U.S.C. § 1915A(a).  The Court must dismiss a complaint or a portion thereof if the

prisoner has raised claims that:  (a) are legally frivolous or malicious; (b) fail to state

a claim upon which relief may be granted; or (c) seek monetary relief from a

defendant who is immune from such relief.  28 U.S.C. § 1915A(b). When making this

determination, a court must accept the truth of the factual allegations contained in the

complaint, and it may consider the documents attached to the complaint. *Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff alleges that *unnamed* individuals at the Crittenden County Jail are failing to provide him with any medical care for a hernia, a pulled muscle in his lower back, a knot on his left leg, a pinched nerve in his right hand, arthritis in his left hand, and unspecified prostate and bladder problems. *Doc. 2.* The Court needs further information about these allegations to complete § 1915A screening.

Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) the type of medical care he seeks for *each* of his separate medical conditions; (2) how Defendants Coleman, Allen, Mandi Dickerson, and Marni Dickerson *each* personally participated in the violation of his constitutional rights; and (3) why he has named Defendants in both their individual and official capacities.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must, **within thirty days of the entry of this Order**, file an Amended Complaint containing the specified information.

2. Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 17 day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE