**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARVIN C. ATWOOD,
ADC #130932                                                                                                    PLAINTIFF

V.                                      3:15CV00216 JM/JTR

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail, et al.                                                                          DEFENDANTS

**ORDER**

On August 17, 2015, the Court ordered Atwood to file an amended complaint containing information needed to complete screening that is mandated by 28 U.S.C. § 1915A. *Doc. 4.* Importantly, the Court advised Atwood that his case would be without prejudice if he failed to timely do so. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). As of today's date, Atwood has not complied with the August 17, 2015 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT this case is dismissed without prejudice due to a lack of prosecution. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 24th day of September, 2015.

James M. Moody Jr.
United States District Judge