IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARVIN C. ATWOOD,
ADC #130932                                                                                      PLAINTIFF

V.                                    3:15CV00216 JM/JTR

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail, et al.                                                        DEFENDANTS

# JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice.

Dated this 24th day of September, 2015.

James M. Moody Jr.
United States District Judge